```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0102--CV (JKS)
                "REDI ELECTRIC INC V TRAVELERS CASUALTY"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/12/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $250.00 on 05/12/05 receipt # 00125691
         Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | REDI ELECTRIC INC | Julia M.I. Holden<br>Oles Morrison et al<br>745 W. 4th Avenue, Suite 502<br>Anchorage, AK 99501-2136<br>907-258-0106<br>FAX 907-258-5519 |
| DEF 1.1 | TRAVELERS CASUALTY & SURETY CO OF AMERICA | Michael D. White<br>Patton Boggs<br>601 W. 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-263-6380<br>FAX 907-263-6345 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0102--CV (JKS)
                       "REDI ELECTRIC INC V TRAVELERS CASUALTY"

                                  For all filing dates
```

   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/12/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $250.00 on 05/12/05 receipt # 00125691
          Trial by: Jury


| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 05/12/05 | Complaint filed. |
| NOTE - | 1 | 05/13/05 | Issued: summons re: DEF 1. |
| 2 - | 1 | 06/29/05 | DEF 1 Answer and Counterclaim. |
| 2 - | 2 | 06/29/05 | DEF 1 Jury Demand. |
| 3 - | 1 | 06/29/05 | DEF 1 Jury Demand. |
| 4 - | 1 | 07/05/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 5 - | 1 | 07/11/05 | DEF 1 Corporate disclosure statement [FED R.CIV.P.7.1]. |
| 6 - | 1 | 07/14/05 | PLF 1 Rule 7.1 Disclosure. |
| 7 - | 1 | 07/22/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 8 - | 1 | 07/22/05 | PLF 1 Answer to Counterclaim. |
| 9 - | 1 | 07/22/05 | DEF 1 motion to stay proceedings w/att memo & exhs. |
| 10 - | 1 | 07/27/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/31/06; Dispositive motions deadline 08/31/06; Estimate of trial 7 days. cc: cnsl |
| 11 - | 1 | 08/08/05 | PLF 1 Unopposed motion for ext of time to 8/10 to file oppo to mot to stay. |
| 12 - | 1 | 08/10/05 | PLF 1 opposition to DEF 1 motion to stay proceedings (9-1) w/att exts. |
| 13 - | 1 | 08/11/05 | JKS Order granting unopposed motion for ext of time to 8/10 to file oppo to mot to stay (11-1). cc: cnsl |
| 14 - | 1 | 08/12/05 | DEF 1 Unopposed motion for extension of time until 8/22/05 to file reply to the motion for stay. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0102--CV (JKS)
                            "REDI ELECTRIC INC V TRAVELERS CASUALTY"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 2 | 08/15/05 | JKS Order granting uopposed motion for extension of time until 8/22/05 to file reply to the mot for stay (14-1).  cc: cnsl |
| 15 - 1 | 08/22/05 | DEF 1 Unopposed motion for ext of time to file reply to oppo re mot for stay. |
| 16 - 1 | 08/24/05 | JKS Order granting unopposed motion for ext of time for 3 add days to file reply to oppo re mot for stay (15-1). cc: cnsl |
| 17 - 1 | 08/25/05 | DEF 1 reply to opposition to DEF 1 motion to stay proceedings (9-1) w/att memo, aff & exhs. |
| 18 - 1 | 08/30/05 | PLF 1 Request for Oral Argument re: DEF 1 motion to stay proceedings (9-1). |
| 19 - 1 | 09/15/05 | JKS Order granting motion to stay proceedings for 6 mos (9-1); cnsl for plf to file status rpt due 3/17/05. cc: cnsl |