FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 4: 07

Michael D. White, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone (907) 263-6300
Facsimile (907) 263-6345
*Counsel for Defendant Travelers Casualty
and Surety Company of America*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REDI ELECTRIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. A-05-102 (JKS) CI |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

COME NOW the parties to this action by and through counsel of record and hereby stipulate that this case be *dismissed with prejudice*, each party to bear its own fees and costs, as the parties have reached an amicable resolution of the dispute. A proposed Order of Dismissal with Prejudice is attached.

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46145v2

DATED at Anchorage, Alaska this 22nd day of December 2005.

Counsel for Defendant
Travelers Casualty and Surety
Company of America

By: _____
Michael D. White
Alaska Bar No. 8611144
Teresa S. Ridle
Alaska Bar No. 9411139


Counsel for Plaintiff
Redi Electric, Inc.

By: _____
Julia Holden
Alaska Bar No. 0310046

AK Bar NO
#02 11066

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION TO DISMISS WITH PREJUDICE
*Redi Electric, Inc. v Travelers Casualty and Surety Company Of America*
Case No. A-05-102 (JKS) CI
Page 2 of 4
46145v2



FILED

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ On_____ Deputy

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the Court's consideration of the Stipulation to Dismiss with Prejudice, filed herewith, and the Court otherwise being duly apprised in the premises,

**IT IS THEREFORE ORDERED:**

The above-captioned matter is hereby **DISMISSED** with prejudice.

DATED: 12/23/05

Hon. James K. Singleton, Jr.
United States District Judge

A05-0102--CV (JKS)   om 12-23-05

✓H. WHITE (PATTON)
✓J. HOLDEN (OLES)

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION TO DISMISS WITH PREJUDICE
*Redi Electric, Inc. v Travelers Casualty and Surety Company Of America*
Case No. A-05-102 (JKS) CI
Page 3 of 4
46145v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December 2005, I caused a true and correct copy of the foregoing document to be served on the following via:

☐ US Mail  ☐ Fax  ☒ **Hand-Delivery**

Julia M. I. Holden, Esq.
OLES, MORRISON RINKER & BAKER
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501

By: _____
Maribel Webber, Legal Secretary
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION TO DISMISS WITH PREJUDICE
*Redi Electric, Inc. v Travelers Casualty and Surety Company Of America*
Case No. A-05-102 (JKS) CI
Page 4 of 4
46145v2